Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Middle District of Georgia
Athens Division

Steve Simonds - pro se
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of Georgia, Dept. of Family and Children Services, University of Georgia School of Law, Ceaselaw
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:23-cv-59
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [✓] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Steve Simonds - PRO Se
Address: 1518 Longbow Dr.
City: Lakeland   State: Fl   Zip Code: 33810
County: Polk
Telephone Number: (H) (863) 815-8030, (C) (863) 816-9811
E-Mail Address: stvsimonds@gmail.com (PREFER U.S. MAIL)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: State of Georgia, Dept of Family and Children Services
Job or Title: Administrator or Director
Address: 284 North Avenue
City: Athens   State: Georgia   Zip Code: 30601
County: Clarke
Telephone Number: (706) 227-7021
E-Mail Address: Not available to me
[ ] Individual capacity   [✓] Official capacity

**Defendant No. 2**
Name: State of Georgia School of Law - Ceaselaw
Job or Title: Ceaselaw
Address: 225 Herty Dr.
City: Athens   State: Georgia   Zip Code: 30602-6012
County: Clarke
Telephone Number: (706) 542-5191
E-Mail Address: batbinson@ugacease.org
[ ] Individual capacity   [✓] Official capacity

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  *City*          *State*          *Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  *City*          *State*          *Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   The Constitution of the United States, paragraph one, sentence two, equality and Right to enjoyment of Life, Liberty and pursuit of Happiness.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. By way of the Constitution of the United States, they violated my Right to enjoyment of Life, Liberty and pursuit of happiness, and equality, spelled out in paragraph one, sentence 2. Knowing the danger of high rate of suicide by children, they intentionally acted out HATE & MALICE by the act of transgender of my granddaughter, Daizy Rosenburger, to a boy named Kevin.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Knowing the danger to child of high rate of suicide, they transgendered my granddaughter, Daizy Rosenberger, to a boy named Kevin.

A. Where did the events giving rise to your claim(s) occur? Athens, Georgia. The Act of Transgendering my granddaughter was deliberate and intentional. They are aware of the high rate of suicide by children transgendered. They have put my granddaughter's life at high risk

B. What date and approximate time did the events giving rise to your claim(s) occur? February, 2023. Exact date and time is not available to me.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) The Heinous Act of transgender of a child, my granddaughter, Daizy Rosenberger, further extends the pain and suffering, of mental and emotional anguish, anxiety, depression and nightmares. It also further extends my physical health by way of my cancer, making me weak and bedridden at times, bleeding of my legs and feet, arms and hands, and fingernails and toenails. My cancer is rare, only one other cancer is more rare. There is no cure, no treatment. This act of transgendering my once beautiful and happy granddaughter serves to enhance my already pain and suffering and I consider this a hate crime, again.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Adds tremendously to the pain and suffering I currently suffer. Pain and suffering of extreme mental, + emotional distress, anxiety, depression, nightmares about death of my granddaughter. I worry constantly about her safety to the point of literally becoming violently ill, sick to my stomach. Pain and suffering causing me unable to function some days. I have been diagnosed with cancer in my retirement years. For 7 yrs DFCS has intentionally caused me great pain and suffering. Now I find they have transgendered my beautiful granddaughter to a boy named Kevin, & put her at great risk of suicide, just like the nightmares I suffer.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My request for Relief is:

1) Restore mine and Daizy's contact. If she has been adopted, I request limited contact, with permission of her adopted parents.

2) I request Relief consisting of 5 million dollars for all my pain and suffering, caused intentionally by DFCS and Caselaw, by way of infringing on and violating my Constitution Right to enjoyment of Life, Liberty and pursuit of happiness afforded me by the Constitution of the United States, Paragraph one, second sentence.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 26, 2023

Signature of Plaintiff: *Steve Simonds - Pro Se*

Printed Name of Plaintiff: Steve Simonds - pro se

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

_____  _____  _____
City                     State                    Zip Code

Telephone Number: _____
E-mail Address: _____