IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| STEVE SIMONDS, | * |
| Plaintiff, | * |
| v. | Case No. 3:23-CV-59 (CDL) |
| | * |
| STATE OF GEORGIA and UNIVERSITY OF GEORGIA SCHOOL OF LAW, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 28, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of February, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk